UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:16-cv-1914-JLS-JCGx				Date: January 18, 2017
Title: Esther Perez v. Ensign Services Inc., et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present					Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT HEARING

A hearing on Defendant Ensign Services, Inc.'s Motion to Dismiss (Doc. 16) was held on January 13, 2017 at 2:30 p.m. (Minutes, Doc. 24.) Plaintiff Esther Perez's counsel failed to appear at the hearing. (*Id.*) In a declaration filed after the hearing, Perez's counsel explained that he failed to appear because a failed update to his case management software caused the deletion of half the dates and events he was responsible for monitoring, including the hearing on Ensign's Motion to Dismiss. (Leviant Decl. ¶ 5, Doc. 25.) Technology is not foolproof, and responsible counsel should have a backup system for managing their calendars in case a technical issue such as the one Perez's counsel just described occurs. Perez's counsel makes no mention of a backup system in his practice for monitoring important dates nor does he give an explanation as to why that backup system failed if it exists.

The Court therefore ORDERS Perez's counsel to show cause in writing as to why the Court should not impose sanctions for his failure to appear at the hearing. The written response shall be submitted **no later than five (5) days** from the date of this Order.

Initials of Preparer: tg