# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER PEREZ, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENSIGN SERVICES, INC., a Nevada Corporation; and DOES 1 to 100, Inclusive,,<br><br>Defendants. | Case No.  8:16-cv-01914 JLS JCG<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS UNTIL THE SUPREME COURT ISSUES ITS DECISION IN *MORRIS*** |

Complaint Filed:   October 20, 2016
Trial Date:           None Set

- 1 -

Having duly reviewed and fully considered the joint stipulation of the parties to stay proceedings in this case until the Supreme Court issues its decision in *Ernst & Young, LLP v. Morris*, 137 S. Ct. 809 (2017), and good cause appearing, this Court hereby renders the following decision:

**IT IS HEREBY ORDERED** that proceedings in this case are stayed until the Supreme Court issues its decision in *Ernst & Young, LLP v. Morris.* Defendant's Motion to Compel Arbitration (Doc. 42) is deemed to be withdrawn, and the hearing scheduled for May 12, 2017 at 2:30 PM is VACATED.

The parties are directed to file a joint status report within 14 days of the Supreme Court's decision in that case and, within the same time, Defendant may file a renewed motion to compel arbitration and stay proceedings in this matter.

**IT IS SO ORDERED.**

Dated: May 02, 2017

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE