UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-1914-JLS (JCG)     Date: August 06, 2018
Title: Esther Perez v. Ensign Services, Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SCHEDULING**

On June 18, 2018, the Court lifted the stay on these proceedings and ordered the parties to file a notice of hearing on Defendant's previously-filed Motion to Compel Arbitration (Doc. 42) for a mutually agreeable available date on the Court's civil hearing calendar. (Order, Doc. 47.) Since that Order, the parties have not placed the matter on calendar.

Accordingly, the Court ORDERS the parties to file, within **seven (7)** days of this Order, one of the following: a notice of hearing on the Motion, or a joint Rule 26(f) report so that the Court may issue a scheduling order. Failure to follow this Order may result in sanctions.

Initials of Preparer: tg

**CIVIL MINUTES – GENERAL**     1